UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BECKY JO BUCK,

    Plaintiff,

Case No. 17-cv-11151
Hon. Matthew F. Leitman

v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____/

**ORDER TERMINATING APPEARANCE OF ATTORNEY DAVID G. LUTZ AND CONCERNING NEXT STEPS IN LITIGATION**

Plaintiff Becky Jo Buck ("Plaintiff") is represented by David G. Lutz ("Lutz") in this action. By written order dated June 21, 2017, Chief Judge Denise Page Hood suspended Lutz from the practice of law before this Court for a period of 18 months. *See In Re David Lutz*, Case No. 17-mc-50860 (E.D. Mich.), at ECF #1. Given Lutz's suspension, it is no longer appropriate for him to remain as counsel for Plaintiff in this action. On October 3, 2017, the Court held a status conference that was attended by Becky Jo Buck, David Lutz, and counsel for the Defendants.

As discussed on the record at the conference, **IT IS HEREBY ORDERED** that:

    (1) The appearance of David G. Lutz in this action is terminated.

1

(2) By not later than November 2, 2017, Plaintiff Becky Jo Buck shall: (a) have new counsel file an appearance on her behalf; (b) inform the Court that she will represent herself; or (c) notify the court if she determines not to proceed with this action. If Plaintiff chooses to represent herself or not to proceed with this action, she shall inform the Clerk of the Court by letter to 231 W. Lafayette Blvd., Detroit, MI 48226.

(3) Plaintiff is advised that failure to comply with paragraph (2) above may result in dismissal of this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: October 10, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 10, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764