UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BECKY JO BUCK,

      Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

      Defendant.

_____/

Case No. 17-cv-11151
Hon. Matthew F. Leitman

## ORDER DISMISSING COMPLAINT (ECF #1) WITHOUT PREJUDICE

On October 10, 2017, the Court entered an order terminating the appearance of Plaintiff Becky Jo Buck's counsel in this action. (*See* ECF #6.) The order set a deadline of November 2, 2017 for Plaintiff to (1) have new counsel enter an appearance or (2) inform the Court that she would represent herself or, alternatively, had decided not proceed with the action. The order specified that failure to comply could result in dismissal of Plaintiff's Complaint:

> (2) By not later than November 2, 2017, Plaintiff Becky Jo Buck shall; (a) have new counsel file an appearance on her behalf; (b) inform the Court that she will represent herself; or (c) notify the court if she determines not to proceed with this action. If Plaintiff chooses to represent herself or not to proceed with this action, she shall inform the Clerk of the Court by letter to 231 W. Lafayette Blvd., Detroit, MI 48226.

> (3) Plaintiff is advised that failure to comply with paragraph (2) above may result in dismissal of this action.

(*Id.* at Pg. ID 297.)

At the time of this Order, no new counsel for Plaintiff has filed an appearance, and Plaintiff has not informed the Court that she will represent herself or that she has decided not to proceed with the action.

Accordingly, the Complaint (ECF #1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 14, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 14, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764